UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Administrator of the Environmental Protection Agency; UNITED STATES ARMY CORPS OF ENGINEERS; and R.D. JAMES, in his official capacity as Assistant Secretary for Civil Works, Department of the Army,<br><br>    Defendants. | Case No. _____<br><br>CORPORATE DISCLOSURE STATEMENT |

    Pursuant to Federal Rule of Civil Procedure 7.1, New Mexico Cattle Growers' Association states that it has no parent corporation and that no publicly held corporation owns more than 10 percent of its stock.

    DATED:  October 22, 2019.

                                                                          Respectfully submitted,

                                                                           s/ Anthony L. François
                                                                    ANTHONY L. FRANÇOIS

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing on October 22, 2019 via the CM/ECF system causing all parties of record to be served electronically.

    s/ Anthony L. François
ANTHONY L. FRANÇOIS
