# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Administrator of the Environmental Protection Agency; UNITED STATES ARMY CORPS OF ENGINEERS; and R.D. JAMES, in his official capacity as Assistant Secretary for Civil Works, Department of the Army,<br><br>Defendants. | Case No. 1:19-cv-00988-JHR-SCY<br><br>**DECLARATION OF SERVICE VIA CERTIFIED MAIL** |

I, Patricia R. Castillo, declare as follows:

I am employed at Pacific Legal Foundation, with which are associated the counsel of record for Plaintiffs in this matter, at whose direction the below-described service was made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice of Pacific Legal Foundation for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in internal mail collection system at Pacific Legal Foundation is deposited with the United States Postal Service with postage thereon fully prepaid at that same day in the ordinary course of business.

On October 29, 2019, I placed true copies of the (1) SUMMONS IN A CIVIL ACTION; (2) COMPLAINT; (3) CORPORATE DISCLOSURE STATEMENT (4) COURT DOCKET ENTRY OF JUDGE ASSIGNMENT (5) COURT NOTICE OF CASE ASSIGNMENT enclosed

in a sealed envelope in the internal mail collection system at Pacific Legal Foundation at 930 G Street, Sacramento, California 95814, addressed as follows:

| | |
|---|---|
| U.S. Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | Tracking No.: 91 7199 9991 7038 6595 3213 |
| United States Army Corps of Engineers<br>441 G Street N.W.<br>Washington, DC 20314-1000 | Tracking No.: 91 7199 9991 7038 6595 3237 |
| R.D. James<br>Assistant Secretary, Army for Civil Works<br>United States Army Corps of Engineers<br>441 G Street N.W.<br>Washington, DC 20314-1000 | Tracking No.:  91 7199 9991 7038 6595 3183 |
| Andrew Wheeler, Administrator<br>U.S. Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | Tracking No.:  91 7199 9991 7038 6595 3206 |
| John C. Anderson<br>U.S. Attorney for the District of New Mexico<br>201 3rd St NW, Suite 900<br>Albuquerque, New Mexico 87102 | Tracking No.: 91 7199 9991 7038 6595 3190 |
| William P. Barr<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Tracking No.: 91 7199 9991 7038 6595 3220 |

to be mailed via certified mail at a United States Postal Office in Sacramento, California.

On November 12, 2019, I re-served the U.S. Attorney for the District of New Mexico and placed true copies of the (1) SUMMONS IN A CIVIL ACTION; (2) COMPLAINT; (3) CORPORATE DISCLOSURE STATEMENT (4) COURT DOCKET ENTRY OF JUDGE ASSIGNMENT (5) COURT NOTICE OF CASE ASSIGNMENT enclosed in a sealed envelope

in the internal mail collection system at Pacific Legal Foundation at 930 G Street, Sacramento, California 95814, addressed as follows:

John C. Anderson                          Tracking No.: 91 7199 9991 7038 6595 3244
U.S. Attorney for the District of New Mexico
201 3rd St NW, Suite 900
Albuquerque, New Mexico 87102
Attn: Civil Process

I have attached true and correct copies of the United States Postal Service email notices sent to me which indicate that the above-described papers have been delivered to the addressees.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 25 day of November, 2019, at Sacramento, California.

_____
PATRICIA R. CASTILLO

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9171999991703865953213

Your item was delivered to an individual at the address at 8:09 am on November 5, 2019 in WASHINGTON, DC 20460.

## ✓ Delivered

November 5, 2019 at 8:09 am
Delivered, Left with Individual
WASHINGTON, DC 20460

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Feedback

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9171999991703865953237

Your item was delivered at 5:51 am on November 6, 2019 in WASHINGTON, DC 20530.

## ⊘ Delivered

November 6, 2019 at 5:51 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9171999991703865953183

Remove ✕

Your item was delivered to an individual at the address at 11:55 am on November 4, 2019 in WASHINGTON, DC 20314.

## ✓ Delivered

November 4, 2019 at 11:55 am
Delivered, Left with Individual
WASHINGTON, DC 20314

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Feedback

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9171999991703865953206

Remove ✕

Your item was delivered to an individual at the address at 11:18 am on November 4, 2019 in WASHINGTON, DC 20460.

## ✓ Delivered

November 4, 2019 at 11:18 am
Delivered, Left with Individual
WASHINGTON, DC 20460

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 9171999991703865953190

Your item was delivered to the front desk, reception area, or mail room at 3:28 pm on November 1, 2019 in ALBUQUERQUE, NM 87102.

## ✓ Delivered

November 1, 2019 at 3:28 pm
Delivered, Front Desk/Reception/Mail Room
ALBUQUERQUE, NM 87102

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9171999991703865953220

Remove ✕

Your item was delivered at 5:56 am on November 5, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

November 5, 2019 at 5:56 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9171999991703865953244

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 3:43 pm on November 15, 2019 in ALBUQUERQUE, NM 87102.

## ✓ Delivered

November 15, 2019 at 3:43 pm
Delivered, Front Desk/Reception/Mail Room
ALBUQUERQUE, NM 87102

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.