# UNITED STATES DISTRICT COURT

# FOR THE UNITED STATES DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Administrator of the Environmental Protection Agency; UNITED STATES ARMY CORPS OF ENGINEERS; and R.D. JAMES, in his official capacity as Assistant Secretary for Civil Works, Department of the Army,<br><br>　　　　　Defendants. | Case No. _____<br><br>**CERTIFICATE OF GOOD STANDING** |

COME NOW Anthony F. François, Esq. of Pacific Legal Foundation, pursuant to D.N.M.LR-Civ 83.3, Anthony F. François, a member of the bar of the United States District Court for the District of New Mexico, certifies that Mollie R. Williams of Pacific Legal Foundation is a member in good standing of the State Bar of California.

DATED: December 17, 2019.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　s/ Anthony L. François
　　　　　　　　　　　　　　　　　　　　　　　ANTHONY L. FRANÇOIS

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing on December 17, 2019 via the CM/ECF system causing all parties of record to be served electronically.

                                                                                         s/ Anthony L. François  
                                                                                        ANTHONY L. FRANÇOIS