# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| New Mexico Cattle Growers' Association ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-988-JHR-SCY |
| United States Environmental Protection Agency, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants U.S. Environmental Protection Agency, et al.

Date: 12/27/2019

/s/ Erica Zilioli
*Attorney's signature*

Erica Zilioli, DC Bar No. 488073
*Printed name and bar number*

U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
*Address*

erica.zilioli@usdoj.gov
*E-mail address*

(202) 514-6390
*Telephone number*

(202) 514-8865
*FAX number*