# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Administrator of the Environmental Protection Agency; UNITED STATES ARMY CORPS OF ENGINEERS; and R.D. JAMES, in his official capacity as Assistant Secretary for Civil Works, Department of the Army, <br><br> Defendants. | Case No. 1:19-cv-988-JHR-SCY |

## ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to Complaint (Dkt. No. 14), IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and Defendants' answer or other response to the complaint is due March 31, 2020.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE