# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION, | Case No. 1:19-cv-00988-JHR-SCY |
| Plaintiff, | |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al., | |
| Defendants. | |

## ORDER

Plaintiff's unopposed motion to file the Proposed Supplemental Complaint (Doc. 24) is granted. Plaintiff shall file the Supplemental Complaint within 7 days of the entry of this order. Defendants shall have until June 29, 2020, to file a responsive pleading to the Supplemental Complaint.

_____
Steven C. Yarbrough, Magistrate Judge