IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Administrator of the Environmental Protection Agency; UNITED STATES ARMY CORPS OF ENGINEERS; and R.D. JAMES, in his official capacity as Assistant Secretary for Civil Works, Department of the Army, | )<br>)  Case No. 1:19-cv-00988-RB-SCY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

Upon consideration of the parties Joint Motion for Modification of Briefing Schedule and Page Limits (Doc. 28) and good cause appearing therefore, IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff shall file its motion for preliminary injunction on or before May 26, 2020, with a page limit of 35 pages. Defendants shall file any response on or before June 23, 2020, with a page limit of 35 pages. Plaintiff shall file any reply in support of the motion on or before July 7, 2020, with a page limit of 20 pages.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE