## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO CATTLE GROWERS'
ASSOCIATION,

      Plaintiff,

v.                                           No. 1:19-cv-00988-RB-SCY

ANDREW WHEELER, in his official capacity
as Administrator of the Environmental Protection
Agency, UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, R.D. JAMES, in his
official capacity as Assistant Secretary for Civil
Works, Department of the Army, and UNITED STATES
ARMY CORPS OF ENGINEERS,

      Defendants.

## ORDER

Amigos Bravos, New Mexico Acequia Association, and Gila Resources Information Project filed an unopposed Motion to Intervene. (Doc. 35.) Federal Rule of Civil Procedure 24 allows for intervention as of right if the party has an interest in the action and disposing of the action would "impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Fed. R. Civ. P. 24(a)(2). Additionally, the Court *may* allow intervenors who have "claim[s] or defense[s] that share[] with the main action a common question of law or fact." *Id.* 24(b)(1)(B). Given that no objection has been raised, the Court will allow the intervention.

**THEREFORE,**

**IT IS ORDERED** that the Motion to Intervene (Doc. 35) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff will have an additional week, until July 14, 2020, to file its Reply brief.

_____
**ROBERT C. BRACK**
**SENIOR U.S. DISTRICT JUDGE**