# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>Defendants.<br><br>and<br><br>AMIGOS BRAVOS, NEW MEXICO ACEQUIA ASSOCIATION, and GILA RESOURCES INFORMATION PROJECT,<br><br>Intervening Cross-Claimants-Defendants. | Case No. 1:19-cv-00988-RB-SCY<br><br>**NOTICE OF COMPLETION** |

Per Local Rule 7.4(e), Plaintiff New Mexico Cattle Growers' Association notifies the Court and the parties that briefing on its motion for preliminary injunction is complete and the motion is ready for decision.

The motion and related filings are:

| Document Name | Docket # | Date of Filing |
|---|---|---|
| Plaintiff's Motion for Preliminary Injunction | 30 | May 26, 2020 |
| Declaration of Michelle Frost-Maynard In Support of Plaintiff's Motion for Preliminary Injunction | 30-1 | May 26, 2020 |
| Declaration of Thomas J. Sidwell In Support of Plaintiff's Motion for Preliminary Injunction | 30-2 | May 26, 2020 |

| | | |
|---|---|---|
| Declaration of Anthony L. Francois In Support of Plaintiff's Motion for Preliminary Injunction | 30-3 | May 26, 2020 |
| Exhibit A to Francois Declaration | 30-4 | May 26, 2020 |
| Exhibit B to Francois Declaration | 30-5 | May 26, 2020 |
| Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction | 34 | June 23, 2020 |
| Water Groups' Response In Opposition To Plaintiff's Motion for Preliminary Injunction | 40 | June 30, 2020 |
| Plaintiff's Reply Brief In Support of Motion for Preliminary Injunction | 44 | July 14, 2020 |

DATED: July 16, 2020.

Respectfully submitted:

**PACIFIC LEGAL FOUNDATION**

By      s/ Anthony L. François
ANTHONY L. FRANÇOIS (Federal Bar No. 15-74)
MOLLIE R. WILLIAMS (Cal. Bar No. 322970)*
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: TFrancois@pacificlegal.org
Email: MWilliams@pacificlegal.org
*Attorneys for Plaintiff,*
*New Mexico Cattle Growers' Association*
*\*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 16, 2020, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

<pre>                                        s/ Anthony L. François
                                        ANTHONY L. FRANÇOIS</pre>