IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) |
| Defendants, | ) ) ) |
| and | ) No. 1:19–CV–00988–RB–SCY |
| AMIGOS BRAVOS, NEW MEXICO ACEQUIA ASSOCIATION, and GILA RESOURCES INFORMATION PROJECT, | ) ) ) ) ) ) |
| Intervening Cross-Claimants-Defendants, | ) ) ) |
| v. | ) ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) |
| Cross-Defendants. | ) |

**WATER GROUPS' POSITION ON CONTINUATION OF STAY**

Amigos Bravos, New Mexico Acequia Association, and Gila Resources Information Project take no position on the Agencies' proposal to continue the stay through June 1, 2021, Dkt. 61, or Plaintiff's proposal to maintain the stay through May 1, 2021, Dkt. 62.

Respectfully submitted this 16th day of March, 2021.

Charles de Saillan
Douglas Meiklejohn
Eric Jantz
New Mexico Environmental Law Center
1405 Luisa Street, Suite 5
Santa Fe, New Mexico 87505
Telephone: (505) 989-9022
cdesaillan@nmelc.org
dmeiklejohn@nmelc.org
ejantz@nmelc.org

*Counsel for the Water Groups*

Mark Sabath
Southern Environmental Law Center
msabath@selcva.org
103 East Water Street, Suite 201
Charlottesville, Virginia 22902
Telephone: 434-977-4090

*Counsel for Amigos Bravos*

Enrique Romero
New Mexico Acequia Association
805 Early Street
Suite B203
Santa Fe, New Mexico 87505
Telephone: (505) 995-9644
enrique@lasacequias.org

*Counsel for the New Mexico Acequia Association*

/s/ Megan Hinkle Huynh
Megan Hinkle Huynh
Southern Environmental Law Center
mhuynh@selcga.org
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
Telephone: (404) 521-9900

*Counsel for Amigos Bravos*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16th, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Megan Hinkle Huynh