## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO CATTLE GROWERS'
ASSOCIATION,

      Plaintiff,

v.                                                                            No. 19-cv-0988 RB/SCY

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

      Defendants,

      and

AMIGOS BRAVOS, NEW MEXICO
ACEQUIA ASSOCIATION, and GILA
RESOURCES INFORMATION PROJECT,

      Intervening Cross-Claimants-Defendants

      v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

      Cross-Defendants

## ORDER

This matter is before the Court on Defendants/Cross-Defendants ("the Agencies") Amended Proposal to Further Stay Proceedings, filed on March 16, 2021. (Doc. 61-1.) The Agencies propose to stay the pending proceedings until June 1, 2021. (*Id.* at 2.) Plaintiff objects to furthering the stay because the Agencies have not indicated whether the 2020 Rule will be revised or rescinded any time soon. (Doc. 62 at 2.) The Court will grant the Agencies' motion to further stay the proceedings until June 1, 2021, and it will direct the Agencies to file a status report updating the Court on when the 2020 Rule will be reviewed.

**THEREFORE,**

**IT IS ORDERED** that this matter is **STAYED** until **June 1, 2021**;

**IT IS FURTHER ORDERED** that the Agencies file a status report no later than June 1, 2021, updating the Court on when the 2020 Rule will be reviewed.

**IT IS SO ORDERED**.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE