UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants,<br><br>and<br><br>AMIGOS BRAVOS, NEW MEXICO ACEQUIA ASSOCIATION, and GILA RESOURCES INFORMATION PROJECT,<br><br>Intervening Cross-Claimants-Defendants,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Cross-Defendants. | Case No. 1:19-cv-00988-RB-SCY |

**<u>ORDER</u>**

Upon consideration of Defendants/Cross-Defendants' motion to further extend the stay in this proceeding (Doc. 65), it is ordered that the above-captioned proceeding be further stayed until July 1, 2021.

The Parties will file either a joint motion or separate proposals to further govern

1

proceedings no later than July 1, 2021.

**IT IS SO ORDERED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE