IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants, <br><br> and <br><br> AMIGOS BRAVOS, NEW MEXICO ACEQUIA ASSOCIATION, and GILA RESOURCES INFORMATION PROJECT, <br><br> Intervening Cross-Claimants-Defendants, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Cross-Defendants. | No. 1:19–CV–00988–RB–SCY |

## WATER GROUPS' POSITION ON CONTINUATION OF STAY

Amigos Bravos, New Mexico Acequia Association, and Gila Resources Information Project take no position on the Agencies' and Plaintiff's joint proposal to continue the stay through October 1, 2021, Doc. 67.

Respectfully submitted this 1st day of July, 2021.

*/s/ Charles de Saillan*

| | |
|---|---|
| Charles de Saillan<br>Douglas Meiklejohn<br>Eric Jantz<br>New Mexico Environmental Law Center<br>1405 Luisa Street, Suite 5<br>Santa Fe, New Mexico 87505<br>Telephone: (505) 989-9022<br>cdesaillan@nmelc.org<br>dmeiklejohn@nmelc.org<br>ejantz@nmelc.org<br><br>*Counsel for the Water Groups* | Enrique Romero<br>New Mexico Acequia Association<br>805 Early Street<br>Suite B203<br>Santa Fe, New Mexico 87505<br>Telephone: (505) 995-9644<br>enrique@lasacequias.org<br><br>*Counsel for the New Mexico Acequia Association* |
| Mark Sabath<br>Southern Environmental Law Center<br>msabath@selcva.org<br>103 East Water Street, Suite 201<br>Charlottesville, Virginia 22902<br>Telephone: 434-977-4090<br><br>*Counsel for Amigos Bravos* | Megan Hinkle Huynh<br>Southern Environmental Law Center<br>mhuynh@selcga.org<br>Ten 10th Street NW, Suite 1050<br>Atlanta, GA 30309<br>Telephone: (404) 521-9900<br><br>*Counsel for Amigos Bravos* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

_/s/ Charles de Saillan_
Charles de Saillan