**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | )<br>)<br>) |
| Defendants, | )<br>) Case No. 1:19-cv-00988-RB-SCY |
| and | )<br>) |
| AMIGOS BRAVOS, NEW MEXICO ACEQUIA ASSOCIATION, and GILA RESOURCES INFORMATION PROJECT, | )<br>)<br>)<br>) |
| Intervening Cross-Claimants-Defendants, | )<br>) |
| v. | )<br>) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | )<br>)<br>) |
| Cross-Defendants. | )<br>) |

1

## ORDER

Upon consideration of the Plaintiff and Defendants' Joint/Unopposed Motion to Further Extend Stay (Doc. 67), it is ordered that the above-captioned proceeding be further stayed until October 1, 2021.

The Parties will file either a joint motion or separate proposals to further govern proceedings no later than October 1, 2021.

IT IS SO ORDERED.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE