# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>  Defendants.<br><br>  and<br><br>AMIGOS BRAVOS, NEW MEXICO ACEQUIA ASSOCIATION, and GILA RESOURCES INFORMATION PROJECT,<br><br>  Intervening Cross-Claimants-Defendants. | Case No. 1:19-cv-00988-RB-SCY<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY MOLLIE WILLIAMS RIDDLE** |

Pursuant to D.N.M.LR-Civ. 83.4(b), Plaintiff's attorneys hereby notify the Court of the withdrawal of Mollie Williams Riddle as counsel for the Plaintiff in the above-entitled case. The Plaintiff will continue to be represented by Anthony L. François.

DATED: Aug. 3, 2021.    Respectfully submitted:

  **PACIFIC LEGAL FOUNDATION**

  By   s/ Anthony L. François
  ANTHONY L. FRANÇOIS (Federal Bar No. 15-74)
  MOLLIE W. RIDDLE (Cal. Bar No. 322970)*
  930 G Street
  Sacramento, California 95814
  Telephone: (916) 419-7111
  Facsimile: (916) 419-7747
  Email: TFrancois@pacificlegal.org
  Email: MWilliams@pacificlegal.org

- 2 -

*Attorneys for Plaintiff, New Mexico Cattle Growers' Association*
*\*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on Aug. 3, 2021, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

s/ Anthony L. François
ANTHONY L. FRANÇOIS