## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES ENVIRONMENTAL ) PROTECTION AGENCY, et al., ) ) Defendants, ) ) and ) ) AMIGOS BRAVOS, NEW MEXICO ) ACEQUIA ASSOCIATION, and GILA ) RESOURCES INFORMATION ) PROJECT, ) ) Intervening Cross-Claimants-Defendants, ) ) v. ) ) UNITED STATES ENVIRONMENTAL ) PROTECTION AGENCY, et al., ) ) Cross-Defendants. ) | Case No. 1:19-cv-00988-RB-SCY |

1

2

**<u>ORDER</u>**

Upon consideration of the Joint/Unopposed Motion to Further Extend Stay (Doc. 72), it is ordered that the above-captioned proceeding be further stayed until April 1, 2022.

The Parties will file either a joint motion or separate proposals to further govern proceedings no later than April 1, 2022.

IT IS SO ORDERED.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE