# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | )<br>)<br>) |
| Defendants, | )<br>) Case No. 1:19-cv-00988-RB-SCY |
| and | )<br>) |
| AMIGOS BRAVOS, NEW MEXICO ACEQUIA ASSOCIATION, and GILA RESOURCES INFORMATION PROJECT, | )<br>)<br>)<br>) |
| Intervening Cross-Claimants-Defendants, | )<br>) |
| v. | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | )<br>)<br>) |
| Cross-Defendants. | )<br>) |

## ORDER

Upon consideration of the Joint/Unopposed Motion to Further Extend Stay (Doc. 74), it is ordered that the above-captioned proceeding remain in abeyance pending either issuance by the Agencies of a final rule regarding the definition of "waters of the United States" within the meaning of the Clean Water Act, 33 U.S.C. § 1362(7), or a determination by the Agencies that they will no longer proceed with the rulemaking.

**It is further ORDERED** that the Parties shall file a proposal or proposals for further proceedings within 21 days after either of the above events occur.

**It is further ORDERED** that the Agencies will file a status report every six months beginning from the date of this Court's order granting this proposal to govern proceedings.

**IT IS SO ORDERED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE